IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL R. EARLENBAUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-CV-645-NJR-PMF |
| | ) |
| MALIK EXPRESS, LLC, | ) |
| BABA EXPRESS GROUP, INC., d/b/a | ) |
| Simran Transport, and SHAHRAM | ) |
| GOUDARZI, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated March 25, 2016, which reflects the parties' settlement (Doc. 27), this entire action is dismissed with prejudice.

DATED:  June 1, 2016

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley
     Deputy Clerk

APPROVED: s/ Nancy J. Rosenstengel
          NANCY J. ROSENSTENGEL
          United States District Judge